IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **CRIMINAL ACTION NO.** |
| v. | ) | **2:21cr190-MHT** |
| | ) | **(WO)** |
| **CLYDE KENELES HOLLOWAY** | ) | |
| | ) | |

**SUPPLEMENTAL ORDER ON CONDITIONS OF SUPERVISED RELEASE**

In accordance with the judgment of conviction entered today and the conditions of supervised release listed there, it is ORDERED that:

(1) Within 42 days of the commencement of defendant Clyde Keneles Holloway's supervision, the United States Probation Office shall arrange for defendant Holloway to undergo a thorough substance-abuse treatment evaluation, which should identify and recommend any appropriate treatment for any substance-abuse disorders and any underlying causes of those disorders. Probation shall provide the evaluator with a copy of defendant Holloway's presentence investigation report for background information.

(2) Upon receipt of the evaluation, the probation officer shall file a report of the evaluation under seal with the court.

DONE, this the 11th day of March, 2022.

                                     /s/ Myron H. Thompson
                                  UNITED STATES DISTRICT JUDGE