IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )    CRIMINAL ACTION NO.
     v.                     )       2:21cr190-MHT
                            )            (WO)
CLYDE KENELES HOLLOWAY      )
```

### ORDER

Upon consideration of the probation officer's petition for early termination of probation and the included description of defendant Clyde Keneles Holloway's successful compliance with all terms of probation for over one year, as well as Holloway's stable employment, and based upon the government's oral representation that it does not oppose the petition, it is ORDERED that:

(1) The petition (Doc. 1307) is granted.

(2) Defendant Clyde Keneles Holloway's term of probation is terminated effective immediately, and he is discharged.

DONE, this the 15th day of June, 2023.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE